UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

Civil Action 3:21-cv-5

PARATRANSIT INSURANCE COMPANY                                    PETITIONER

vs

**PETITION FOR INTERPLEADER**

                                                                 RESPONDENTS

CHRISTOPHER BRUCE
3836 Cliff Avenue
Louisville, Kentucky
    Serve: Ryan Brennan Esq.
          19 Bronze Pointe Blvd.
          Belleville, Illinois 62226
          ryan@feladlc.com
          Counsel for Bruce

JOHN HUMPHREY
236 Pump Station Road
Salem, Indiana  47167
    Serve: Louis C. Schneider Esq.
          Thomas Law Offices PLLC
          250 East Fifth Street #440
          Cincinnati, Ohio  45202
          lou.schneider@thomaslawoffices.com
          Counsel for Humphrey

NORFOLK SOUTHERN RAILWAY COMPANY
c/o Stuart & Branigan LLP
300 W. Main Street Suite 900
P.O. Box 1010
Lafayette, Indiana 47902-1010
    Serve: Heather Emenhiser Esq.
          Stuart & Branigan LLP
          300 W. Main Street Suite 900
          P.O. Box 1010
          Lafayette, Indiana 47902-1010
          hle@stuartlaw.com

PROFESSIONAL TRANSPORTATION INC.
3700 East Morgan Avenue
Evansville, Indiana 47715
    Serve: John J. Kreighbaum Esq.
           Fine & Hatfield P.C.
           520 N.W. Second Street
           P.O. Box 779
           Evansville, Indiana 47705-0779
           jjk@fine-hatfield.com

## PETITION FOR INTERPLEADER

Comes now the Plaintiff, Paratransit Insurance Company (hereinafter "ParaTransit"), by counsel, and for its Petition for Interpleader, states as follows:

1. This Court has jurisdiction pursuant to Title 28, United States Code Section 1335.

2. Venue is proper in this jurisdiction pursuant to Title 28, United States Code, Section 1397.

3. ParaTransit is now and at all times relevant hereto a mutual risk retention group incorporated in Tennessee with its principal place of business in Memphis, Tennessee.

4. This action arises from a motor vehicle accident that occurred on April 17, 2018 in Harrison County, Indiana.

5. One or more Respondents reside in and are residents of the Southern District of Indiana.

6. Respondent Christopher Bruce is a citizen and resident of Louisville, Kentucky.

7. Respondent John Humphrey is a citizen and resident of Salem, Indiana.

8. Respondent Norfolk Southern Railway Company is a Virginia corporation authorized and doing business in Indiana.

9. Respondent Professional Transportation, Inc. is an Indiana corporation located in and doing business in Evansville, Indiana.

10. On April 16, 2018, Anthony Shields was operating a vehicle owned by Yellow Cab of Louisville when it was involved in a collision with a light post in Harrison County, Indiana.

11. Christopher Bruce and John Humphrey were passengers in the vehicle at the time of the collision.

12. Respondents allege that the collision was the result of negligence of Anthony Shields and/or Yellow Cab of Louisville.

13. Anthony Shields and Yellow Cab of Louisville have liability indemnity coverage pursuant to the indemnity policy issued by ParaTransit.

14. ParaTransit's indemnity policy (#PG 1049 17) provides liability indemnity coverage of $500,000.00. A true and accurate copy of the applicable policy is attached as Exhibit 1 (hereafter "Policy").

15. The Policy includes a $200,000.00 Retained Limit for Yellow Cab of Louisville which has now been paid by Yellow Cab of Louisville to ParaTransit.

16. With receipt of the Retained Limit paid by Yellow Cab of Louisville, ParaTransit possesses the total liability indemnity coverage of $500,000.00 available to indemnify Anthony Shields and Yellow Cab of Louisville for all claims arising from the collision described.

17. Respondents have made competing claims that may exceed ParaTransit's $500,000.00 liability indemnity coverage for damages alleged resulting from the collision. ParaTransit may be subject to liability to multiple Respondents because

the competing claims may exceed the liability indemnity coverage available to Anthony Shields and Yellow Cab of Louisville.

18. Due to the competing claims which may exceed the $500,000.00 liability indemnity coverage, ParaTransit, as the stakeholder of the insurance proceeds, cannot determine which of the Respondents is entitled to these proceeds.

19. ParaTransit hereby petitions this Court to interplead the $500,000.00 in liability indemnity coverage to this Court's registry. Pursuant to the terms of the Policy, payment of the $500,000.00 in coverage discharges ParaTransit's obligations under the Policy for any claims arising from this collision.

20. ParaTransit claims no interest in the proceeds and does not contest payment of the $500,000.00 liability indemnity coverage available. ParaTransit unconditionally tenders the $500,000.00 to the Court registry and waives any potential to retain or recover any portion of the $500,000.00 liability indemnity coverage paid.

21. ParaTransit's payment of the $500,000.00 liability indemnity satisfies its obligations under the Policy. Therefore, ParaTransit should be fully released of any and all obligations under this Policy upon such payment, with ParaTransit then being dismissed from the within action *with prejudice* upon such payment.

22. Yellow Cab and Shields have been notified through counsel of the filing of this interpleader petition, and, upon information and belief, have no objection to the interpleader petition.

WHEREFORE, Petitioner, ParaTransit Insurance Company, prays that this Court declare the parties' rights herein and enter judgment as follows:

1) That the Petitioner be allowed to pay the $500,000 in insurance proceeds into the registry of this Court;

2) That this Court enter an order allowing ParaTransit Insurance Company to pay its policy proceeds into the Court registry;

3) That the Court enter an order that upon payment of the policy proceeds into Court registry that ParaTransit be released from any further liability on this policy and be dismissed from this action, with prejudice; and

4) For any and all other relief to which Petitioner may be entitled.

                                              Respectfully submitted,

                                              */s/Michael E. Krauser*
                                              Michael E. Krauser PSC
                                              Indiana Bar Number: 18271-10
                                              Email: mkrauser@krauserbrown.com
                                              13102 Eastpoint Park Blvd., Suite 200
                                              Louisville, Kentucky 40223
                                              Phone: (502) 588-9000
                                              Fax: (502) 588-9007

                                              *Counsel for ParaTransit Insurance Co.*